# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Vernon Bernard Kendrick | **Repayment Agreement and Order** | No: 1:15-CR-00028-001 |
|---|---|---|

On November 8, 2017, Vernon Bernard Kendrick was sentenced to 12 months and 1 day of imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Kendrick. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on November 8, 2017, I have been ordered to pay a total restitution of $239,500.00 and a special assessment of $100.00.

2. On December 4, 2018, I began my service of 36-months of supervised release. The mandatory assessment was satisfied on February 3, 2019. The current balance of my restitution is $238,495.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of August, 2021, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $500.00 per month during the term of supervision.

_____ 7/12/2021
Vernon Bernard Kendrick / Date

_____ 7/12/2021
Todd D. Garrett, U.S. Probation Officer Specialist / Date

_____ 7-12-2021
Assistant U.S. Attorney / Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

_____
Leslie Abrams Gardner
U.S. District Judge

7/27/2021
Date